# DISTRICT OF COLUMBIA COURT OF APPEALS

| | | | | |
|---|---|---|---|---|
| Smith v. United States | 13–CF–1328 | 01/13/2017 | Affirmed | Pasichow |
| Lopez v. District of Columbia Department of Employment Services | 15–AA–1368 | 01/13/2017 | Affirmed | Dist. of Columbia Dept. of Employment Services |
| Stripling v. District of Columbia Department of Employment Services | 15–AA–775 | 01/13/2017 | Affirmed | Leslie |
| Subgidio v. United States | 15–CO–132 | 01/13/2017 | Affirmed | Demeo |
| J.L., In re | 15–FS–962, 15–FS–963 | 01/13/2017 | Affirmed | Breslow, Magistrate Judge, and Knowles, Reviewing Judge |
| Pereira v. United States | 16–CF–0022 | 01/13/2017 | Affirmed | Williams |
| Corbette v. United States | 14–CF–1471 | 01/06/2017 | Affirmed | Richter |
| Williams, In re | 14–PR–1476 | 01/06/2017 | Affirmed | Wolf |
| Hall v. United States | 15–CO–1041, 15–CO–1042 | 01/06/2017 | Affirmed | Keary |
| Sudduth v. Movessian | 15–CV–1018 | 01/06/2017 | Affirmed | Clark |
| Webster v. Rock Harbor Group, LLC | 15–CV–140 | 01/06/2017 | Vacated and remanded | Ross |